No. 43326.—Protests 716655–G, etc., of R. H. Macy & Co., Inc., et al. (New York).

Opinion by KINCHELOE, J. On the authority of *Lamborn v. United States* (27 C. C. P. A. —, C. A. D. 60) the protests were dismissed.